ELDRED ET AL., ADM'RS, v. THE FIRST NATIONAL BANK OF
VALPARAISO.

No. 7444.

JOINT PROMISORS.—*Death of One—Common-Law Rule.—Release.*—The
common-law rule, that the death of one of two or more joint promisors
or obligors discharged at law his .estate from all liability, and
the survivor or survivors alone could be sued, has never been a part of
the law of this State.

From the Porter Circuit Court.

*T. J. Merrifield*, for appellants.

Woods, J.—Since this appeal was taken, the single ques-
tion presented and argued has been decided, adversely to
the appellants, in the cases of *McCoy* v. *Payne*, 68 Ind. 327,
and *Hudelson* v. *Armstrong*, 70 Ind. 99.

By the latter case, it is shown that the common-law rule,
" whereby, if one of two or more joint promisors or obligors
should die, his representatives were at law discharged, and
the survivor or survivors alone could be sued," has never
been a part of the law of this State.

The judgment of the circuit court is affirmed, with costs.